No. 90–75.  BARTON ET AL. *v.* CREASEY COMPANY OF CLARKS-BURG ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 90–77.  CLINCHFIELD COAL CO. *v.* FEDERAL MINE SAFETY AND HEALTH REVIEW COMMISSION ET AL.  C. A. D. C. Cir.  Certiorari denied.

No. 90–78.  ADOBE WESTERN & CASUAL, INC. *v.* LOUISIANA (THROUGH DEPARTMENT OF REVENUE AND TAXATION).  Ct. App. La., 1st Cir.  Certiorari denied.

No. 90–81.  WESTON *v.* BANKS ET AL.  C. A. 10th Cir.  Certiorari denied.

No. 90–82.  VIDEO NEWS, INC. *v.* TEXAS.  Ct. App. Tex., 1st Dist.  Certiorari denied.

No. 90–83.  SMITH *v.* ROOSEVELT COUNTY, MONTANA, ET AL.  Sup. Ct. Mont.  Certiorari denied.

No. 90–85.  CROSS *v.* UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 90–86.  POLYAK *v.* HAMILTON, JUDGE, CHANCERY COURT OF LAWRENCE COUNTY, TENNESSEE.  Sup. Ct. Tenn.  Certiorari denied.

No. 90–87.  WARD *v.* HILLHAVEN, INC., ET AL.  Ct. App. N. C.  Certiorari denied.

No. 90–88.  PETERSON *v.* KING TREE CENTER, INC.  C. A. 6th Cir.  Certiorari denied.

No. 90–91.  BOYLAN ET AL. *v.* UNITED STATES.  C. A. 1st Cir.  Certiorari denied.

No. 90–92.  AMERICAN PETROLEUM INSTITUTE *v.* UNITED STATES ENVIRONMENTAL PROTECTION AGENCY ET AL.  C. A. D. C. Cir.  Certiorari denied.

No. 90–94.  FLORIDA DEPARTMENT OF LABOR AND EMPLOYMENT SECURITY *v.* UNITED STATES.  C. A. 11th Cir.  Certiorari denied.